IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| David T. King, *individually and as* *Personal Representative of the Estate of* *John Telly King*, | ) ) ) ) | C/A No. 0:19-828-SAL-PJG |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| Warden Timothy Riley; Associate Warden Andrea Thompson; Associate Warden Gary Lane; Major V. Jackson; Captain Yolanda Brown; Lt. Tecorrie Garvin; Lt. Travis Pressley; Sgt. Dewaun McKan; Cpl. Matthew Whitaker; C/O Damian Jones, | ) ) ) ) ) ) ) ) | |
| Defendants. _____ | ) ) | |

Plaintiff filed this civil action in March 2019.  This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.).  On November 12, 2019, the court issued a Second Amended Scheduling Order in this matter granting the parties' motion for an extension of the deadline for filing dispositive motions until May 19, 2020.  (ECF No. 34.)  On March 16, 2020, the court issued Standing Order, Misc. No. 3:20-mc-105, that extended this deadline by twenty-one days from the set deadline due to the current public health emergency regarding COVID-19.  As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case.  The parties are directed to inform the court in writing of the status of this case on or before **June 18, 2020** and advise the court as to whether the case is ready for trial.  If any party intends to seek leave for an extension in which to file a dispositive motion after the expiration of the court's deadline as ordered, it must establish the requisite showings in accordance with the applicable Federal Rules of Civil Procedure and the Local Civil Rules of this court.

**IT IS SO ORDERED.**

June 11, 2020
Columbia, South Carolina

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE