IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| David T. King, individually and as Personal Representative of the Estate of John Telly King,<br><br>    Plaintiff,<br><br>v.<br><br>Warden Timothy Riley; Associate Warden Andrea Thompson; Associate Warden Gary Lane; Major V. Jackson; Captain Yolanda Brown; Lt. Tecorrie Garvin; Lt. Travis Pressley; Sgt. Dewaun McKan; Cpl. Matthew Whitaker; C/O Damian Jones,<br><br>    Defendants. | C/A No. 0:19-828-PJG |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, David T. King, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment and Order Denying Plaintiff's Motion for Consideration entered in this action on March 31, 2022.

/s/ Elizabeth Franklin-Best
Elizabeth Franklin-Best, P.C.
Fed ID #9969
2725 Devine Street
Columbia, South Carolina 29205
(803) 445-1333
elizabeth@franklinbestlaw.com

C. Carter Elliot, Jr.
Fed ID #5423
Elliot & Phelan, LLC
17 ½ Screven Street
P.O. Box 1405
Georgetown, South Carolina 29442
(843) 546-0650 (phone)
(843) 546-1920 (fax)
carter@elliottphelanlaw.com

April 8, 2022.